ACCEPTED
03-25-00788-CV
107476851
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/30/2025 11:31 AM
JEFFREY D. KYLE
CLERK

**No. 03-25-00788-CV**

|  |  |
|---|---|
| IN THE THIRD COURT OF APPEALS<br><br>AUSTIN, TEXAS | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS<br>10/30/2025 11:31:04 AM<br>JEFFREY D. KYLE<br><u>Clerk</u> |

THE CAMERON COUNTY HOUSING FINANCE CORPORATION,

Appellant,

v.

WILLIAMSON COUNTY, SIENNA MUNICIPAL UTILITY NO. 1, AND SIENNA MUNICIPAL UTILITY NO. 2,

Appellees.

ON APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT, WILLIAMSON COUNTY, TEXAS
TRIAL COURT CAUSE NO. 25-0488-C425

## NOTICE OF APPEARANCE

To the Honorable Court of Appeals:

Pursuant to Texas Rule of Appellate Procedure 6.1(c), the undersigned counsel hereby files their Notice of Appearance as Lead Appellate Counsel on behalf of Appellees Williamson County, Sienna Municipal District No. 1 and Sienna Municipal District No. 2:

Thad D. Spalding
State Bar No. 00791708
tspalding@dslawgroup.com

Rick Thompson
State Bar No. 00788537
rthompson@dpslawgroup.com
DURHAM, PITTARD & SPALDING LLP
PO Box 224626
Dallas, TX 75222
Telephone: (214) 946-8000
Facsimile: (214) 946-8433

Undersigned counsel for Appellees request that the Court direct its clerk to note this appearance in the records it maintains with respect to this case. Mr. David King, Mr. Jeffrey Hobbs, Mr. Mark Dietz and Mr. Douglas Cornwell will be co-counsel on appeal and will remain Appellees' lead trial counsel.

Respectfully submitted,

By: */s/ Thad D. Spalding*
Thad D. Spalding
State Bar No. 00791708
tspalding@dpslawgroup.com
Rick Thompson
State Bar No. 00788537
rthompson@dpslawgroup.com
DURHAM, PITTARD & SPALDING, LLP
PO Box 224626
Dallas, TX 75222
(214) 946-8000 - Office
(214) 946-8433 – Facsimile

David A. King
State Bar No. 24083310
dking@abaustin.com

Jeffrey J. Hobbs
State Bar No. 24012837
jhobbs@abaustin.com
Armbrust & Brown, PLLC
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300 – Office
(512) 435-2360 – Facsimile

and

R. Mark Dietz
State Bar No. 05857200
mdietz@lawdietz.com
Douglas G. Cornwell
State Bar No. 24009024
dcornwell@lawdietz.com
Dietz & Jarrard, PC
106 Fannin Ave. East
Round Rock, Texas 78664
(512) 244-9316 – Office

*Counsel for Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this *Notice of Appearance* has been served on the following party pursuant to the Texas Rules of Appellate Procedure on October 30, 2025:

Blake W. Stribling, bstribling@chasnoffstribling.com
Daniel Lecavalier, dlecavalier@chasnoffstribling.com
Julie Whitson, jwhitson@chasnoffstribling.com
Chasnoff Stribling
1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
***Attorneys for Appellant, The Cameron County Housing Finance Corporation***

*/s/ Thad D. Spalding*
**Thad D. Spalding**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kelly Blackburn on behalf of Thad Spalding
Bar No. 00791708
efile@dpslawgroup.com
Envelope ID: 107476851
Filing Code Description: Other Document
Filing Description: Notice of Appearance
Status as of 10/31/2025 9:51 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeffrey Hobbs | 24012837 | jhobbs@abaustin.com | 10/30/2025 11:31:04 AM | SENT |
| Douglas Cornwell | 24009024 | dcornwell@lawdietz.com | 10/30/2025 11:31:04 AM | SENT |
| R. Mark Dietz | 5857200 | mdietz@lawdietz.com | 10/30/2025 11:31:04 AM | SENT |
| David King | 24083310 | dking@abaustin.com | 10/30/2025 11:31:04 AM | SENT |
| Blake Stribling | | bstribling@chasnoffstribling.com | 10/30/2025 11:31:04 AM | SENT |
| Kim Decker | | kdecker@chasnoffstribling.com | 10/30/2025 11:31:04 AM | SENT |
| Rachel Feltner | | rfeltner@chasnoffstribling.com | 10/30/2025 11:31:04 AM | SENT |
| Christopher Schluter | | cschluter@chasnoffstribling.com | 10/30/2025 11:31:04 AM | SENT |
| Daniel Lecavalier | | dlecavalier@chasnoffstribling.com | 10/30/2025 11:31:04 AM | SENT |
| Julie Whitson | | jwhitson@chasnoffstribling.com | 10/30/2025 11:31:04 AM | SENT |
| Emily Mabry | | emabry@chasnoffstribling.com | 10/30/2025 11:31:04 AM | SENT |
| Rick Thompson | | rthompson@dpslawgroup.com | 10/30/2025 11:31:04 AM | SENT |
| Thad DSpalding | | tspalding@dpslawgroup.com | 10/30/2025 11:31:04 AM | SENT |
| Kelly Blackburn | | efile@dpslawgroup.com | 10/30/2025 11:31:04 AM | SENT |